ALICE HOFFMAN, Respondent, *v.* EMIL FRAAD et al., Appellants.

17 EAST 54TH STREET CORPORATION, Appellant.

(Submitted December 3, 1928; decided December 7, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 249 N. Y. 537.)